UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BONHOMME INVESTMENT PARTNERS, LLC, | ) | |
| | ) | |
| DONALD M. DAVIS and | ) | Case No. 2:13-CV-04120-NKL |
| | ) | |
| RICHARD C. LEHMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHAUN HAYES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' DISCLOSURE OF CORPORATE INTERESTS STATEMENT

**COME NOW** Plaintiffs Bonhomme Investment Partners, LLC ("BIP"), Donald M. Davis and Richard C. Lehman (collectively, "Plaintiffs"), by and through their undersigned attorneys, and for their Disclosure of Corporate Interests Statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, disclose and certify as follows:

1. The parent companies of BIP:   None

2. Subsidiaries of BIP:   None

3. Any publicly held corporation that owns ten percent (10%) or more of BIP: None

4. Any affiliates that have issued shares to the public:   None

1

Dated: September 27, 2013        Respectfully submitted,

    /s/ Terry L. Pabst
Terry L. Pabst #37187MO
The Law Offices of Terry Pabst, P.C.
11500 Olive Boulevard, Suite 176
St. Louis, MO 63141
(314) 812-8780
(314) 812-8700 (Telefax)
E-Mail: tpabst@webpabstlaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2013 a true and correct copy of the foregoing pleading was filed electronically to be served via operation of the Court's CM/ECF system on all parties and attorneys of record.

    /s/ Terry L. Pabst

2
LEH01-11 BIP v. Hayes BIP.Corp.Int.DC.Stmnt.
Case 2:13-cv-04120-NKL    Document 27    Filed 09/27/13    Page 2 of 2